1

2

3

4

5           UNITED STATES DISTRICT COURT

6           NORTHERN DISTRICT OF CALIFORNIA

7

8   TERRELL D. CURRY,                              No. C 07-775 MHP (pr)

9           Plaintiff,                             **ORDER EXTENDING DEADLINES**

10          v.

11  JAMES TILTON; et al.,

12          Defendants.
                                                    /
13

14          Defendants' motion for extension of time to file a dispositive motion is GRANTED.

15  (Docket # 18.)  The court now sets the following new briefing schedule on dispositive

16  motions:

17          1.      Defendants must file and serve their motion for summary judgment or other

18  dispositive motion no later than **January 8, 2010**.  This deadline will not be further

19  extended.

20          2.      Plaintiff must file and serve his opposition to the motion no later than

21  **February 12, 2010**.

22          3.      If defendants wish to file a reply brief, they must file and serve the reply brief

23  no later than **February 26, 2010**.

24          IT IS SO ORDERED.

25  Dated: November 23, 2009                        _____

26                                                  Marilyn Hall Patel
                                                    United States District Judge
27

28

**United States District Court**
For the Northern District of California