UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. CURRY, | No. C 07-775 MHP (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES TILTON; et al., | |
| Defendants. | |

Plaintiff's request for extension of time to file his opposition to defendant's motion for summary judgment is GRANTED. (Docket # 50.) No later than **May 13, 2011**, plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment. No later than **May 31, 2011**, defendants must file and serve their reply brief, if any.

IT IS SO ORDERED.

Dated: April 22, 2011

_____
Marilyn Hall Patel
United States District Judge